FILED
CLERK, U.S. DISTRICT COURT

4/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF CULVER CITY, et al.,<br><br>　　　　　Defendants. | Case No. CV 19-10526 JAK (RAOx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS ORDERED that Plaintiff's claims against the individually-named defendants and Plaintiff's ADEA claim are dismissed with leave to amend.

///

///

///

///

///

Within 14 days of the date of this order, Plaintiff shall file either: (1) a first amended complaint; or (2) a notice that he would like to proceed on his Title VII and FEHA claims against Culver City.

**IT IS SO ORDERED.**

Dated: April 24, 2020  _____
John A. Kronstadt
United States District Judge