UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY REED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF CULVER CITY,<br><br>　　　　Defendant. | No. 2:19-cv-10526-JAK-RAO<br><br>**FINAL JUDGMENT** |

On September 23, 2022, an order issued granting Defendant's Motion for Summary Judgment as to all claims advanced by Plaintiff in this action. Consequently, and consistent with that ruling,

**IT IS HEREBY ORDERED AND ADJUDICATED THAT**:

1. Judgment is entered in favor of Defendant City of Culver City and against Plaintiff;

2. Plaintiff shall take nothing in this action;

3. This action is dismissed with prejudice; and

////

4. As the prevailing party, Defendant may recover its reasonable costs, whose amount shall be determined through the filing of an appropriate application with the Clerk of the Court in conformance with L.R. 54-2.

**IT IS SO ORDERED.**

Dated: October 26, 2022

_____
John A. Kronstadt
United States District Judge